330 

Georgiana G. Hess, Individually and Administratrix with Will Annexed of Estate of Georgiana L. Gilbert, Deceased, Appellant, v. Helen S. Gilbert et al., Appellees.

Gen. No. 43,459.

opinion filed February 4, 1948; petition and supplemental rehearing denied February 20, 1948; released for publication February 20, 1948. Leslie H. Whipp and Georgiana G. Hess, *pro se*, for appellant; Musgrave, Ewins, Price & Notz, for appellees. Opinion by JUSTICE BURKE. **Not to be published in full.**